**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

WILBUR L. PITTMAN,

Plaintiff,

v.

WARDEN, et al.,

Defendants.

Case No. 1:26-cv-06974 JLT FJS (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE IN FULL WITHIN 21 DAYS

(Docs. 2, 9)

Wilbur Pittman requests to proceed *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. (Doc. 9.) The magistrate judge reviewed Plaintiff's litigation history and found Plaintiff was subject to the three strikes provision of 28 U.S.C. § 1915(g) after identifying 27 actions that were dismissed for failure to state a claim or as frivolous. (Doc. 7 at 2-3.) The magistrate judge also found Plaintiff did not satisfy the imminent dangerous exception to Section 1915(g). (*Id.* at 3.) Therefore, the magistrate judge recommended the Court deny the motion to proceed IFP and direct Plaintiff to pay the filing fee. (*Id.* at 4.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 9 at 4.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on September 9, 2026 (Doc. 9) are **ADOPTED** in full.
2. Plaintiff's application to proceed *in forma pauperis* (Doc. 2) is **DENIED**.
3. Plaintiff **SHALL** pay the $405.00 filing fee in full to proceed with this action **within 21 days** of the date of service of this order.

Plaintiff is advised that failure to pay the filing fee as ordered will result in dismissal of the action without further notice.

IT IS SO ORDERED.

Dated: October 13, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE